# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIKTOR NIKOLAYE PAVLOVICH,<br><br>             Petitioner,<br><br>     v.<br><br>CALVIN JOHNSON,<br><br>             Respondent. | Case No. CV 16-0749 PSG (SS)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

\\

\\

\\

\\

\\

**IT IS ORDERED** that Judgment shall be entered dismissing this action without prejudice.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and the Judgment herein on Petitioner and counsel for Respondents.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: 06/14/16

_____
PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE

2