1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11   VIKTOR NIKOLAYE PAVLOVICH,          Case No. CV 16-0749 PSG (SS)

12                    Petitioner,

13        v.                                    **JUDGMENT**

14   CALVIN JOHNSON,

15                    Respondent.

16

17        Pursuant  to  the  Court's  Order  Accepting  Findings,

18   Conclusions  and  Recommendations  of  United  States  Magistrate

19   Judge,

20

21        IT  IS  HEREBY  ADJUDGED  that  the  above-captioned  action  is

22   dismissed without prejudice.

23

24   DATED: 6/14/16

25                                        _____

26                                        PHILIP S. GUTIERREZ
                                          UNITED STATES DISTRICT JUDGE
27

28